✓ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES - GENERAL

Case No. CV 02-4770 MRP(AJWx)    Date/Filed: March 3, 2004

Title: MASIMO CORPORATION v. TYCO HEALTH CARE GROUP, L.P, et al.

---

PRESENT:   THE HONORABLE MARIANA R. PFAELZER, SR. JUDGE

    Vangelina Pina               Not Present
    Courtroom Clerk            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

    No Appearances             No Appearances

PROCEEDINGS:   PLAINTIFF'S REQUEST FOR TELEPHONIC HEARING TO RESOLVE EXPERT DISCOVERY DISPUTE
(IN CHAMBERS - NOTICE)

Pursuant to the Judge's directive, the matter of Plaintiff's Request For Telephonic Hearing to Resolve Expert Discovery Dispute filed on March 2, 2004 is hereby referred to Magistrate Judge Andrew J. Wistrich.

cc:   Magistrate Judge Andrew J. Wistrich
      All Counsel of Record



DOCKETED ON CM
MAR - 4 2004
BY _____ 013

MINUTES FORM 90                    Initials of Deputy Clerk  vp
CIVIL - GEN