UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

CIVIL MINUTES - GENERAL

Case No. CV 02-4770 MRP (AJWx)          Date: March 8, 2004

Title: <u>Masimo Corp. v. Tyco Health Care Group L.P., et. al.</u>
================================================
PRESENT:          HON. <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE

<u>    Ysela Benavides    </u>          _____
         Deputy Clerk                              Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
         Marc Seltzer                                        Neil Stephens
         Vineet Bhatia
         Amy Brantly

## ORDER REGARDING TELEPHONIC HEARING TO RESOLVE EXPERT DISCOVERY DISPUTE

Court questions counsel and considers their responses. Defendant's request for leave to submit expert reports for the Court's review is granted. Plaintiff is directed to file a declaration from its expert explaining why additional disclosure by defendant's expert is necessary. Defendant's request for leave to file a declaration by its expert is granted. All material to be filed no later than 5:00 p.m. on March 9, 2004.


**IT IS SO ORDERED.**

cc:     Parties


MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk _____



DOCKETED ON CM

MAR - 9 2004

BY _____ 058

#38