UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV02-4770-MRP(AJWx)   Date and Filed: April 8, 2004

Title:   Masimo Corp. V. Tyco Health Care Group, L.P., et al

====================================================================
PRESENT:   THE HONORABLE MARIANA R. PFAELZER, DISTRICT JUDGE

| Carolyn Trump | Not recorded |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS FOR PLAINTIFFS:      ATTORNEYS FOR DEFENDANTS:
Stephen Susman                 Neil Stephens
                               Craig Hentschel

PROCEEDINGS: TELEPHONE CONFERENCE (IN CHAMBERS)

Held conference in chambers off the record. The Court grants the
request to continue the hearing on the defendants' motion for summary
judgment from April 19, 2004 to May 17, 2004, 10:00 a.m. Briefing
will be completed by May 3, 2004.

The parties estimate the trial will be three weeks. The court may
consider continuing the trial one week only. Counsel will confer with
their clients about a possible settlement conference with a district
judge.

MINUTES FORM                                Initials of Deputy Clerk
CIVIL - GEN